Elizabeth D. Tate   AZ Bar No.  32659
2953 N. 48th Street
Phoenix, AZ 85018
Telephone (602) 670-4653
E-mail: attorneyelizabethtate@yahoo.com
Fax (602) 595-5959
Attorney for Plaintiff Kevin Glass

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Kevin Glass**, | **Case # 2:18cv00898 DLR** |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO STRIKE DOCUMENT NUMBER 50** |
| **AsicNorth, Inc.**, an Arizona Corporation, | |
| Defendant. | |

Comes Now Kevin Glass, by undersigned counsel, Elizabeth D. Tate and moves to strike document 50 and states the following in support thereof:

1. Defendant presented new factual evidence in it Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.
2. Courts have ruled that evidence in a Reply brief may be stricken because Plaintiff has no means of responding to the new evidence that Defendant did not raise in its Motion for Summary Judgment. *Spencer v. Sharp* 2011 U.S. Dist. LEXIS 163246.

Respectfully submitted this 5th day of July, 2019.

s/Elizabeth D. Tate<br>Elizabeth D. Tate

I hereby certify that on July 5, 2019, I electronically transmitted this Response to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: /s/ Elizabeth D. Tate
Elizabeth D. Tate