**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin W Glass,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AsicNorth Incorporated,<br><br>　　　　　Defendant. | No. CV-18-00898-PHX-DLR<br><br>**ORDER** |

Before the Court is Plaintiff's motion to strike the declaration of John Condrey. (Docs. 51, 52.) The Court will not consider new evidence presented in a reply to a motion for summary judgment without giving the non-movant the opportunity to respond. *Provenz v. Miller*, 102 F. 3d 1478, 1483 (9th Cir. 1996).

**IT IS ORDERED** that Plaintiff's motion to strike (Doc. 51) is **DENIED**. Plaintiff may file a surreply addressing the new evidence presented in John Condrey's affidavit no later than November 4, 2019.

Dated this 22nd day of October, 2019.

　　　　　　　　　　　　　　　　　　／s／ Douglas L. Rayes
　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　United States District Judge