**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kevin W Glass,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AsicNorth Incorporated,<br><br>　　　　Defendant. | **NO. CV-18-00898-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 20, 2019, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant ASIC North and against plaintiff. Plaintiff to take nothing, and the case is terminated.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 20, 2019

　　　　　　　　　　　　　　　　　　s/ Michelle Sanders
　　　　　　　　　　　　　　　　By　Deputy Clerk